IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, AND EARL J. SAVAGE.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff Graphic Arts Mutual Insurance Company ("Graphic Arts"), by and through its undersigned attorneys, respectfully moves pursuant to Federal Rule of Civil Procedure 5(e) and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, to file its Complaint against the above-listed Defendants under seal.

The reasons for Graphic Arts' Motion to file under seal is that its Complaint contains confidential settlement information from the underlying case. Since the above-listed Defendants have not yet been served with this Complaint, they have not had the opportunity to review its allegations and to meet and confer with Graphic Arts to discuss the redaction of any such confidential settlement information. In this regard, the attached proposed form of order

contemplates that Graphic Arts will file a public version of the Complaint within 5 business days of the filing of the Defendants' Answer or other responsive pleading pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

        Respectfully submitted,

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Anthony G. Flynn (#74)
        Timothy Jay Houseal (#2880)
        Jennifer M. Kinkus (#4289)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6682
        (302) 576-3300 (Facsimile)
        Attorneys for Plaintiff Graphic Arts Mutual Insurance Company

Of Counsel:

Edward J. Grass, Esquire
Steven W. McNutt, Esquire
Hunton & Williams LLP
1751 Pinnacle Drive
McLean, VA 22102

DATED: April 12, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) ) | No.: _____ |
| v. | ) ) | |
| INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, AND EARL J. SAVAGE. | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court having considered Plaintiff Graphic Arts Mutual Insurance Company's Motion For Leave to File Complaint Under Seal, IT IS ORDERED this _____ day of _____, 2006, that the Motion shall be hereby GRANTED. Graphic Arts shall file a public version of the Complaint within five business days of the filing of Defendants' Answer or other responsive pleading as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, Timothy Jay Houseal, Esquire hereby certify that counsel for Plaintiff Graphic Arts Mutual Insurance Company have not contacted opposing counsel with respect to Plaintiff's Motion for Leave to File Complaint Under Seal because the Defendants have not yet been served and their counsel has not been confirmed. As contemplated in the Proposed Form of Order, with respect to this Motion and the filing of a public version of the Complaint, Plaintiff's counsel will meet and confer with the Defendants' counsel once they have been identified.

_____
Timothy Jay Houseal (#2880)

**CERTIFICATE OF SERVICE**

I, Timothy Jay Houseal, Esquire, hereby certify that on this 12th day of April, 2006, the following Defendants were served with Plaintiff's Motion for Leave to File Complaint Under Seal by hand delivery at the following addresses:

Harvey L. Walls
301 James Street
Georgetown, Delaware 19947

Mark A. Isaacs
16043 Clemson Lane
Georgetown, Delaware 19947

John M. Evans
24359 Gravel Hill Road
Georgetown, Delaware 19947

Richard H. Cohee
4 Fairway Drive
Georgetown, Delaware 19947-9458

Gregory A. Hastings
4 Mill Lane
Millsboro, Delaware 19966-1750

Nina Lou Bunting
RR 1 Box 15A
Dagsboro, Delaware 19939-9703

Charles M. Bireley
RD 2 Box 163-A
Dagsboro, Delaware 19939-9528

Donald G. Hatier
RD 2 Box 114 Holts Landing Road
Dagsboro, Delaware 19939

Reginald L. Helms
20 Ruth Street
Selbyville, Delaware 19975

M. Elaine McCabe
Rt. 2, Box 107
Selbyville, Delaware 19975

Lois M. Hobbs
Indian River School District
RD 2 Box 156
Selbyville, Delaware 19975

Earl J. Savage
Indian River School District
RD 2 Box 156
Selbyville, Delaware 19975

Indian River School District
RD 2 Box 156
Selbyville, Delaware 19975

Indian River School Board
RD 2 Box 156
Selbyville, Delaware 19975

_____
Timothy Jay Houseal (#2880)