IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, AND EARL J. SAVAGE.<br><br>Defendants. | No.: 06-246 |

## ORDER

The Court having considered Plaintiff Graphic Arts Mutual Insurance Company's Motion For Leave to File Complaint Under Seal, IT IS ORDERED this 13th day of April, 2006, that the Motion shall be hereby GRANTED. Graphic Arts shall file a public version of the Complaint within five business days of the filing of Defendants' Answer or other responsive pleading as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
Judge