AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**               DELAWARE

GRAPHIC ARTS MUTUAL INSURANCE
COMPANY,

                Plaintiff(s),

    **V.**

INDIAN RIVER SCHOOL DISTRICT,
INDIAN RIVER SCHOOL BOARD, HARVEY
L. WALLS, MARK A ISAACS, JOHN M.
EVANS, RICHARD H. COHEE, GREGORY A.
HASTINGS, NINA LOU BUNTING,
CHARLES M. BIRELEY, DONALD G.
HATIER, REGINALD L. HELMS, M. ELAINE
McCABE, LOIS M. HOBBS, AND EARL
J.SAVAGE,

           Defendant(s).

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    0 6 - 2 4 6

TO: (Name and address of defendant)

    Nina Lou Bunting
    RR 1, Box 15A
    Dagsboro, DE 19939-9703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Timothy Jay Houseal, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded
in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

DB02:5277140.1                                                           065116.1001

PETER T. DALLEO

APR 1 2 2006

_____          _____
CLERK                                      DATE



_____
(BY) DEPUTY CLERK

065116.1001

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(l) | 4/18/06 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: SERVED NINA BUNTING ACCEPTED BY FRANKLIN BUNTING
AT 29079 HUDSON RD. DAGSBORO, DE

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/06
　　　　　　　　Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.