AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

| | | |
|---|---|---|
| **DISTRICT OF** | | **DELAWARE** |

GRAPHIC ARTS MUTUAL INSURANCE
COMPANY,

               Plaintiff(s),

    **V.**

INDIAN RIVER SCHOOL DISTRICT,
INDIAN RIVER SCHOOL BOARD, HARVEY
L. WALLS, MARK A ISAACS, JOHN M.
EVANS, RICHARD H. COHEE, GREGORY A.
HASTINGS, NINA LOU BUNTING,
CHARLES M. BIRELEY, DONALD G.
HATIER, REGINALD L. HELMS, M. ELAINE
McCABE, LOIS M. HOBBS, AND EARL
J.SAVAGE,

            Defendant(s).

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    0 6 - 2 4 6

TO:  (Name and address of defendant)

      M. Elaine McCabe
      Rt. 2, Box 107
      Selbyville, DE 19975

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Timothy Jay Houseal, Esquire
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P. O. Box 391
      Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded
in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

065116.1001

PETER T. DALLEO

APR 1 2 2006

CLERK

DATE

*Evette Walon*

(BY) DEPUTY CLERK

065116.1001

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(l) | DATE<br>4/18/06 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒   Served personally upon the defendant. Place where served:    SERVED ELAINE MCCABE

AT 34639 EVANS RD. DAGSBORO, DE

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☐   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/18/06          _____
           Date           *Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.