AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**      **DELAWARE**

GRAPHIC ARTS MUTUAL INSURANCE COMPANY,

    Plaintiff(s),

v.

INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, AND EARL J.SAVAGE,

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06-246

TO: (Name and address of defendant)

    Lois M. Hobbs, Superintendent
    Indian River School District
    RD 2, Box 156
    Selbyville, DE 19975

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Timothy Jay Houseal, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DB02:5277140.1      065116.1001

PETER T. DALLEO

APR 1 2 2006

---

CLERK

---

DATE

*Monica Mosley* (signature)

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 4/24/06 |
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: LOIS M. HOBBS, AT INDIAN RIVER SCHOOL DISTRICT AT SELBYVILLE, DE COPIES THEREOF WERE ACCEPTED BY MARY ANNE CORDREY

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/24/06
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.