UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>       Plaintiff,<br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>: Civ. Action No. 1:06-CV-00246(JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that the above-captioned defendants hereby appear through their undersigned counsel, DRINKER BIDDLE & REATH LLP, and demands service of all notices and papers herein upon:

DRINKER BIDDLE & REATH LLP<br>
1100 North Market Street, Suite 1000<br>
Wilmington, Delaware 19801-1254<br>
Attn: Warren T. Pratt, Esquire<br>
Telephone: 302-467-4200<br>
Facsimile: 302-467-4201

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings

WM\5706\1

of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

| | |
|---|---|
| Dated: May 3, 2006 | /s/ Warren T. Pratt<br>Warren T. Pratt (DE 4334)<br>DRINKER BIDDLE & REATH LLP<br>1100 North Market Street, Suite 1000<br>Wilmington, Delaware 19801-1254<br>Telephone: 302-467-4200<br>Facsimile: 302-467-4201<br><br>*Of Counsel:*<br><br>Stephen C. Baker<br>Jason P. Gosselin<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103-6996<br><br>Attorneys for the Defendants |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY | : <br> : <br> : | |
| Plaintiff, | : <br> : | |
| v. | : | Civ. Action No. 1:06-CV-00246 |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Warren T. Pratt, hereby certify that on the date set forth below I caused to be served a true and correct copy of the *Notice of Appearance and Demand for Service of Papers* on the following party in the manner indicated:

*Hand Delivery*
Timothy Jay Houseal
YOUNG, CONAWAY, STARGATT
& TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899-0391

Dated: May 3, 2006

/s/ Warren T. Pratt
Warren T. Pratt (DE 4334)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Telephone: 302-467-4200
Facsimile: 302-467-4201

Attorneys for the Defendants

WM\5706\1