UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>      Plaintiff,<br>  v.<br><br>INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE<br><br>      Defendants. | :<br>:<br>:<br>:<br>: Civ. Action No. 1:06-CV-00246(JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION FOR EXTENSION OF TIME

It is hereby STIPULATED and AGREED, by and between Timothy Jay Houseal, attorney for Graphic Arts Mutual Insurance Company, and Warren Pratt, attorney for Indian River School District, Indian River School Board, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hatier, Reginald L. Helms, M. Elaine Mccabe, Lois M. Hobbs, and Earl J. Savage (the "Defendants"), that the time within which the Defendants may answer, move or otherwise plead in response to Plaintiff's Complaint shall be extended to May 26, 2006. No prior extension has been granted by the Court.

WM\5705\1

Dated: May 3, 2006

| | |
|---|---|
| */s/ Timothy Jay Houseal* | */s/ Warren Pratt* |
| Timothy Jay Houseal (DE Bar I.D. # 2880) | Warren Pratt (DE Bar I.D. #4334) |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | DRINKER BIDDLE & REATH LLP |
| The Brandywine Building | 1100 N. Market Street |
| 17th Floor | Suite 1000 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19801-1243 |
| (302) 571-6600 | (302) 467-4200 |
| (302) 576-3300 fax | (302) 467-4201 fax |
| | |
| | *Of Counsel* |
| | |
| | Stephen C. Baker |
| | Jason P. Gosselin |
| | DRINKER BIDDLE & REATH LLP |
| | One Logan Square |
| | 18th and Cherry Streets |
| | Philadelphia, PA 19103-6996 |
| | |
| Attorney for Graphic Arts Mutual Insurance Company | Attorneys for the Defendants |

---

APPROVED BY THE COURT:


_____
Judge Joseph J. Farnan, Jr.