IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civ. Action No. 1:06-CV-00246(JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5, and the attached certifications, counsel for the defendants moves the admission *pro hac vice* of Jason P. Gosselin, of the law firm Drinker Biddle & Reath LLP, 18th and Cherry Sts., Philadelphia, Pennsylvania 19103 to represent the defendants in this matter.

Dated: May 15, 2006

                                              Respectfully submitted,

                                              */s/ Warren Pratt*
                                              Warren Pratt (DE Bar I.D. #4334)
                                              DRINKER BIDDLE & REATH LLP
                                              1100 N. Market Street, Suite 1000
                                              Wilmington, DE 19801-1243
                                              Telephone: (302) 467-4200
                                              Facsimile:  (302) 467-4201

WM\5709\1

## COUNSEL'S CERTIFICATION TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

By: _____
Jason P. Gosselin
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____   _____
Judge Joseph J. Farnan, Jr.

WM\5709\1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY | : <br> : <br> : | |
| Plaintiff, | : <br> : | |
| v. | : <br> : | Civ. Action No. 1:06-CV-00246(JJF) |
| INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on May 16, 2006, I caused a true and correct copy of the

*Motion and Order for Admission Pro Hac Vice of Jason P. Gosselin* to be served upon the

following counsel *via* hand delivery:

Timothy Jay Houseal, Esq.
YOUNG, CONAWAY, STARGATT
& TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899-0391

Dated: May 16, 2006

Respectfully submitted,

/s/ Warren Pratt
Warren Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201