UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE.<br><br>Defendants. | No. 06-00246 (JJF) |

### MOTION FOR ADMISSION PRO HAC VICE OF EDWARD J. GRASS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Edward J. Grass to represent Graphic Arts Mutual Insurance Company in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
Anthony G. Flynn (#74)
Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6682
(302) 576-3300 Facsimile
Attorneys for Plaintiff Graphic Arts Mutual Insurance Company

Dated: May 23, 2006

UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIAN RIVER SCHOOL DISTRICT, )<br>INDIAN RIVER SCHOOL BOARD, )<br>HARVEY L. WALLS, MARK A. ISAACS, )<br>JOHN M. EVANS, RICHARD H. COHEE, )<br>GREGORY A. HASTINGS, NINA LOU )<br>BUNTING, CHARLES M. BIRELEY, )<br>DONALD G. HATIER, REGINALD L. )<br>HELMS, M. ELAINE McCABE, LOIS M. )<br>HOBBS, and EARL J. SAVAGE. )<br>)<br>Defendants. )<br>) | No. 06-00246 (JJF)<br><br>CERTIFICATION BY COUNSEL<br>TO BE ADMITTED PRO HAC VICE |

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office upon the filing of this motion.

Date: May 2, 2006

Edward J. Grass
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
(703) 714-7400

UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE.<br><br>Defendants. | No. 06-00246 (JJF) |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 23, 2006, I electronically filed Motion for Admission *pro hac vice* of Edward J. Grass, Esquire, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Warren Pratt, Esquire
> Drinker Biddle & Reath LLP
> 1100 N. Market Street
> Suite 1000
> Wilmington, DE 19801-1243

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Anthony G. Flynn (#74)
Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)

DB02:5330785.1                                                                  065116.1001

                                        The Brandywine Building  
                                      1000 West Street, 17th Floor  
                                      Wilmington, DE 19801  
                                      (302) 571-6682  
                                      (302) 576-3300 Facsimile  
Dated: May 23, 2006            Attorneys for Plaintiff Graphic Arts Mutual Insurance Company

DB02:5330785.1                                                      065116.1001

UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIAN RIVER SCHOOL DISTRICT, )<br>INDIAN RIVER SCHOOL BOARD, )<br>HARVEY L. WALLS, MARK A. ISAACS, )<br>JOHN M. EVANS, RICHARD H. COHEE, )<br>GREGORY A. HASTINGS, NINA LOU )<br>BUNTING, CHARLES M. BIRELEY, )<br>DONALD G. HATIER, REGINALD L. )<br>HELMS, M. ELAINE McCABE, LOIS M. )<br>HOBBS, and EARL J. SAVAGE. )<br>)<br>Defendants. ) | No. 06-00246 (JJF) |

### ORDER

The foregoing Motion for Admission *pro hac vice* of Edward J. Grass, Esquire is hereby granted.

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.

DB02:5330673.1                                                                                           065116.1001