## UNITED STATES FEDERAL DISTRICT COURT
## IN AND FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT,<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L.<br>HELMS, M. ELAINE McCABE, LOIS M.<br>HOBBS, and EARL J. SAVAGE.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-00246 (JJF) |

### MOTION FOR ADMISSION PRO HAC VICE OF STEVEN W. MC NUTT

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Steven W. McNutt to represent Graphic Arts Mutual Insurance

Company in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Anthony G. Flynn (#74)
Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6682
(302) 576-3300 Facsimile
Attorneys for Plaintiff Graphic Arts Mutual Insurance Company

Dated: May 23, 2006

## UNITED STATES FEDERAL DISTRICT COURT
## IN AND FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY | ) ) ) ) | No. 06-00246 (JJF) |
| Plaintiff, | ) ) ) | CERTIFICATION BY COUNSEL<br>TO BE ADMITTED PRO HAC VICE |
| v. | ) ) | |
| INDIAN RIVER SCHOOL DISTRICT,<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L.<br>HELMS, M. ELAINE McCABE, LOIS M.<br>HOBBS, and EARL J. SAVAGE. | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office upon the filing of this motion.

Date:   May 2, 2006

Steven W. McNutt
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA  22102
(703) 714-7400

62485.000305 FAIRFAX 304196v1

## UNITED STATES FEDERAL DISTRICT COURT
## IN AND FOR DISTRICT OF DELAWARE

GRAPHIC ARTS MUTUAL            )
INSURANCE COMPANY            )  No. 06-00246 (JJF)
                                 )
      Plaintiff,               )
                                 )
      v.                       )
                                 )
INDIAN RIVER SCHOOL DISTRICT, )
INDIAN RIVER SCHOOL BOARD,   )
HARVEY L. WALLS, MARK A. ISAACS, )
JOHN M. EVANS, RICHARD H. COHEE, )
GREGORY A. HASTINGS, NINA LOU  )
BUNTING, CHARLES M. BIRELEY,   )
DONALD G. HATIER, REGINALD L.   )
HELMS, M. ELAINE McCABE, LOIS M. )
HOBBS, and EARL J. SAVAGE.      )
                                 )
      Defendants.             )

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 23, 2006, I electronically filed Motion for Admission

*pro hac vice* of Steven W. McNutt, Esquire, with the Clerk of Court using CM/ECF which will

send notification of such filing(s) to the following:

> Warren Pratt, Esquire
> Drinker Biddle & Reath LLP
> 1100 N. Market Street
> Suite 1000
> Wilmington, DE 19801-1243

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Anthony G. Flynn (#74)
Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)

The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6682
(302) 576-3300 Facsimile
Attorneys for Plaintiff Graphic Arts Mutual Insurance Company

Dated: May 23, 2006

2

## UNITED STATES FEDERAL DISTRICT COURT
## IN AND FOR DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | ) ) ) ) ) | No. 06-00246 (JJF) |
| Plaintiff, | ) ) |  |
| v. | ) ) ) |  |
| INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE. | ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

The foregoing Motion for Admission *pro hac vice* of Steven W. McNutt, Esquire

is hereby granted.

**IT IS SO ORDERED** this _____day of _____, 2006.


_____
Judge Joseph J. Farnan, Jr.


DB02:5330673.1                                                                                      065116.1001