UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>    Plaintiff,<br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE<br><br>    Defendants. | :<br>:<br>:<br>:<br>:  Civ. Action No. 1:06-CV-0246 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The defendants motion for extension of time to respond to plaintiff's complaint is hereby GRANTED. The defendants shall have through June 13, 2006 to answer, move, or otherwise plead to plaintiff's complaint.

*Joseph A. Farnan Jr.*
United States District Court Judge
5/31/06