**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY | : <br> : <br> : |
| Plaintiff, | : |
| v. | : Civ. Action No. 1:06-CV-0246(JJF) |
| | : |
| INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S**
**COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM UNDER SEAL**

The Defendants, by and through their attorneys, Drinker Biddle & Reath LLP, hereby move for leave to file under seal the Defendants' answer to Plaintiff's complaint, affirmative defenses, and counterclaim ("Answer"). Defendants make this motion because the Plaintiff's complaint concerns previously confidential settlement discussions that took place in the matter of *Dobrich, et al. v. Walls, et al.*, No. 05-120 (D. Del.) ("*Dobrich* matter") pursuant to a mediation order. The allegations in the Defendants' Answer also relate to the settlement discussions in the *Dobrich* matter. Although there is no current court order requiring confidentiality regarding the terms of the previous settlement discussions, the parties are currently engaging in further settlement discussions. It may prove helpful to keep the allegations in the Plaintiff's complaint and the Defendants' Answer sealed while those discussions are ongoing.

WHEREFORE for the reasons stated in this motion, the Court should enter the attached order which will permit the Plaintiff's complaint to remain sealed and allow the Defendants to file the Answer under seal.

Dated: June 13, 2006                      DRINKER BIDDLE & REATH LLP

                                          _/s/ Warren Pratt_____
                                          Warren Pratt (DE Bar I.D. #4334)
                                          Jason P. Gosselin (admitted *pro hac vice*)
                                          1100 N. Market Street
                                          Suite 1000
                                          Wilmington, DE 19801-1243
                                          (302) 467-4200
                                          (302) 467-4201 fax

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | |
| v. | : Civ. Action No. 1:06-CV-0246(JJF) | |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT | : | |
| INDIAN RIVER SCHOOL BOARD, | : | |
| HARVEY L. WALLS, MARK A. ISAACS, | : | |
| JOHN M. EVANS, RICHARD H. COHEE, | : | |
| GREGORY A. HASTINGS, NINA LOU | : | |
| BUNTING, CHARLES M. BIRELEY, | : | |
| DONALD G. HATIER, REGINALD L. HELMS, | : | |
| M. ELAINE McCABE, LOIS M. HOBBS, | : | |
| and EARL J. SAVAGE | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, this ___ day of _____, 2006, upon consideration of the Motion of

the Defendants to File their Answer, Affirmative Defenses, and Counterclaim Under Seal, it is

hereby ORDERED that the Motion is GRANTED.  The Answer, Affirmative Defenses, and

Counterclaim will be filed under seal and Graphic Arts' complaint will remain sealed until such

time as a conference can be held with the Court.

_____

The Honorable Joseph J. Farnan, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GRAPHIC ARTS MUTUAL                    :
INSURANCE COMPANY                      :
                                       :
            Plaintiff,                 :
    v.                                 : Civ. Action No. 1:06-CV-00246(JJF)
                                       :
INDIAN RIVER SCHOOL DISTRICT,          :
INDIAN RIVER SCHOOL BOARD,             :
HARVEY L. WALLS, MARK A. ISAACS,       :
JOHN M. EVANS, RICHARD H. COHEE,       :
GREGORY A. HASTINGS, NINA LOU          :
BUNTING, CHARLES M. BIRELEY,           :
DONALD G. HATIER, REGINALD L. HELMS,   :
M. ELAINE McCABE, LOIS M. HOBBS,       :
and EARL J. SAVAGE                     :
                                       :
            Defendants.                :

<u>**CERTIFICATE OF SERVICE**</u>

        I, the undersigned, hereby certify that on this 13th day of June, 2006, I caused a true and correct copy of the Defendant's Motion for Leave to File Answer to Plaintiff's Complaint, Affirmative Defenses and Counterclaim Under Seal  to be served in the manner indicated on the following parties:

<u>**Hand Delivery**</u>
Anthony G. Flynn
Timothy Jay Houseal
Jennifer M. Kinkus
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated: June 13, 2006                   DRINKER BIDDLE & REATH LLP

                                        _/s/ Warren Pratt_____
                                       Warren Pratt (DE Bar I.D. #4334)
                                       Jason P. Gosselin (admitted *pro hac vice*)
                                       1100 N. Market Street, Suite 1000
                                       Wilmington, DE 19801-1243
                                       (302) 467-4200
                                       (302) 467-4201 fax