**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY | : <br> : <br> : | |
| Plaintiff, | : | |
| v. | : <br> : | Civ. Action No. 1:06-CV-0246(JJF) |
| INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

I, Warren T. Pratt, counsel for the above-captioned Defendants, hereby certify that, pursuant to Local Civil Rule 7.1.1, counsel for Defendants contacted opposing counsel regarding Defendants' motion (D.I. 27) for leave file its answer and counterclaims under seal and to permit the Plaintiff's complaint to remain sealed, and that opposing counsel does not oppose this motion being granted.

Dated: June 14, 2006

                                                       /s/ Warren T. Pratt
                                      Warren T. Pratt (DE 4334)
                                      DRINKER BIDDLE & REATH LLP
                                      1100 North Market Street, Suite 1000
                                      Wilmington, DE 19801-1254
                                      (302) 467-4200
                                      (302) 467-4201 fax.