UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>    Plaintiff,<br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L. HELMS,<br>M. ELAINE McCABE, LOIS M. HOBBS,<br>and EARL J. SAVAGE<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civ. Action No. 1:06-CV-0246(JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 19 day of June, 2006, upon consideration of the Motion of the Defendants to File their Answer, Affirmative Defenses, and Counterclaim Under Seal, it is hereby ORDERED that the Motion is GRANTED. The Answer, Affirmative Defenses, and Counterclaim will be filed under seal and Graphic Arts' complaint will remain sealed until such time as a conference can be held with the Court.

_____
The Honorable Joseph J. Farnan, Jr.