IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GRAPHIC ARTS MUTUAL INSURANCE :
COMPANY, :
                                 :
        Plaintiff, :
                                 :
    v. : Civil Action No. 06-246-JJF
                                 :
INDIAN RIVER SCHOOL DISTRICT, :
et al., :

**<u>O R D E R</u>**

WHEREAS, the Court has granted Plaintiff's Motion For Leave To File Complaint Under Seal (D.I. 2, 4);

WHEREAS, by Order dated June 19, 2006, and docketed on June 20, 2006, the Court also granted Defendants' unopposed Motion For Leave To File Answer To Plaintiff's Complaint, Affirmative Defenses And Counterclaim Under Seal (D.I. 27, 30) until such time as the Court is able to hold a conference in the above-captioned matter;

WHEREAS, prior to the Court scheduling a conference in this matter, the parties shall each submit to the Court a specific statement of reasons as to why the pleadings should remain sealed (the "Statement of Reasons"), so that the Court can determine whether to maintain or lift the seal on the pleadings submitted by the parties to date;

NOW THEREFORE, IT IS HEREBY ORDERED that each of the parties shall submit the above-described Statement of Reasons no later than **Thursday, June 29, 2006.**

   June 22, 2006                       /s/ Joseph J. Farnan
      Date                                UNITED STATES DISTRICT JUDGE