UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE.<br><br>Defendants. | Civ. No. 1:06-CV-2046(JJF) |

**STIPULATION OF EXTENSION TO FILE PLAINTIFF GRAPHIC ARTS MUTUAL INSURANCE COMPANY'S RESPONSE TO DEFENDANTS' COUNTERCLAIM**

It is hereby stipulated and agreed, by and between Timothy Jay Houseal, attorney for Graphic Arts Mutual Insurance Company ("Graphic Arts"), and Warren Pratt, attorney for Indian River School District, Indian River School Board, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bounting, Charles M. Bireley, Donald G. Hatier, Reginald L. Helms, M. Elaine McCabe, Lois M. Hobbs, and Earl J. Savage (collectively the "Defendants"), that the time within which Graphic Arts may answer, move or

otherwise plead in response to Defendants' Counterclaim shall be extended to July 17, 2006. No prior extension has been granted by the Court.

| | |
|---|---|
| /s/ Warren Pratt | /s/ Timothy Jay Houseal |
| Warren Pratt (Del. Bar No. 4334) | Timothy Jay Houseal (Del. Bar No. 2880) |
| DRINKER BIDDLE & REATH LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| 1100 N. Market Street | The Brandywine Building |
| Suite 1000 | 1000 West Street |
| Wilmington, DE 19801 | 17th Floor |
| Telephone: (302) 467-4200 | Wilmington, DE 19801 |
| Facsimile: (302) 467-4201 | Telephone: (302) 571-6682 |
| | Facsimile: (302) 576-3300 |
| *Attorney for the Defendants* | |

Edward J. Grass (*pro hac vice*)
Steven W. McNutt (*pro hac vice*)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7400
Facsimile: (703) 918-4050

*Attorney for Graphic Arts Mutual Insurance Company*

Dated: June 30, 2006

SO ORDERED, this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.