IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GRAPHIC ARTS MUTUAL INSURANCE :
COMPANY, :
                                         :
        Plaintiff, :
                                         :
        v. : Civil Action No. 06-246-JJF
                                         :
INDIAN RIVER SCHOOL DISTRICT, :
et al., :

**O R D E R**

WHEREAS, in accordance with the Court's June 22, 2006 Order, the parties have submitted a joint statement of reasons outlining why the pleadings in the above-captioned matter should remain under seal;

WHEREAS, the Court has reviewed the reasons asserted by the parties for maintaining confidentiality with respect to the pleadings and concludes that a hearing is not warranted at this time and sufficient justification exists to allow the pleadings to remain sealed for an additional thirty days as requested by the parties;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The pleadings in the above-captioned action shall remain under seal for an additional thirty (30) days from the date of this Order.

2.    Upon expiration of the thirty day period, the seal on the pleadings is lifted.

   July 19, 2006                                    /s/ Joseph J. Farnan
     Date                                      UNITED STATES DISTRICT JUDGE