## UNITED STATES FEDERAL DISTRICT COURT
## IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 1:06-CV-246(JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### THIRD STIPULATION OF EXTENSION TO FILE PLAINTIFF GRAPHIC ARTS MUTUAL INSURANCE COMPANY'S RESPONSE TO DEFENDANTS' COUNTERCLAIM

It is hereby stipulated and agreed, by and between Timothy Jay Houseal, attorney for Graphic Arts Mutual Insurance Company ("Graphic Arts"), and Warren Pratt, attorney for Indian River School District, Indian River School Board, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bounting, Charles M. Bireley, Donald G. Hatier, Reginald L. Helms, M. Elaine McCabe, Lois M. Hobbs, and Earl J. Savage (collectively the "Defendants"), that the time within which Graphic Arts may answer, move or

otherwise plead in response to Defendants' Counterclaim shall be extended to August 14, 2006.

Two prior extensions have been granted by the Court.

| DRINKER BIDDLE & REATH LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Warren Pratt<br>Warren Pratt (Del. Bar No. 4334)<br>1100 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br><br>*Attorney for the Defendants* | /s/ Timothy Jay Houseal<br>Timothy Houseal (Del. Bar No. 2880)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6675<br>Facsimile: (302) 571-1253<br><br>Edward J. Grass (*pro hac vice*)<br>Steven W. McNutt (*pro hac vice*)<br>HUNTON & WILLIAMS LLP<br>1751 Pinnacle Drive, Suite 1700<br>McLean, Virginia 22102<br>Telephone: (703) 714-7400<br>Facsimile: (703) 918-4050<br><br>*Attorneys for Graphic Arts Mutual Insurance Company* |

Dated: July 31, 2006

SO ORDERED, this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.