IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civ. Action No. 1:06-CV-0246 (JJF) |
| INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE, | : : : : : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on October 2, 2006, a true and correct copy of the

***DEFENDANTS' INITIAL DISCLOSURES*** was served upon the following in the manner

indicated:

*First Class Mail*
Anthony G. Flynn, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington DE 19801

*First Class Mail*
Edward J. Grass, Esq.
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Dated: October 3, 2006

**DRINKER BIDDLE & REATH LLP**

/s/ Warren T. Pratt
Warren T. Pratt (No. 4334)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Counsel for Defendants

WM\6149\1