UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> INDIAN RIVER SCHOOL DISTRICT, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-246-JJF |

### NOTICE OF SERVICE

I certify that on October 2, 2006, my co-counsel Steven W. McNutt, Esquire (admitted *pro hac vice*) caused a true and correct copy of Plaintiff Graphic Arts Mutual Insurance Company's Initial Disclosures to be served by United States First Class Mail, postage prepaid, on the following:

Jason P. Gosselin
Jarrod Shaw
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103

Warren Pratt
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, Delaware 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy Jay Houseal (Del. Bar No. 2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6682
Facsimile: (302) 576-3360

Dated: October 3, 2006