# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION No. 06-0246-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Warren T. Pratt, do hereby certify that on the 7th day of November, 2006, I caused a true and correct copy of ***Defendants' First Set of Interrogatories*** to be hand-delivered to:

>Timothy Jay Houseal
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>The Brandywine Building
>17th Floor
>Wilmington, DE 19899-0391
>*Counsel for Plaintiff*

Dated: November 7, 2006

>/s/ Warren T. Pratt
>Warren T. Pratt (DE Bar I.D. #4334)
>DRINKER BIDDLE & REATH LLP
>1100 N. Market Street, Suite 1000
>Wilmington, DE 19801-1243
>Telephone: (302) 467-4200
>Facsimile: (302) 467-4201
>
>*Attorney for Defendants*