UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-246-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 13, 2006, a true and correct copy of Plaintiff Graphic Arts Mutual Insurance Company's First Set of Document Requests to the Indian River School Board and the Indian River School District were served via hand delivery to:

>Warren Pratt, Esquire
>DRINKER BIDDLE & REATH LLP
>1100 N. Market Street, Suite 1000
>Wilmington, Delaware 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_/s/ Anthony G. Flynn_
>Anthony G. Flynn (Del. Bar No. 74)
>Timothy Jay Houseal (Del. Bar No. 2880)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>Telephone:  (302) 571-6682
>Facsimile:   (302) 571-1253
>Attorneys for Graphic Arts Mutual Insurance Company