UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>INDIAN RIVER SCHOOL DISTRICT, et al., )<br><br>Defendants. ) | Civil Action No. 06-246-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on November 13, 2006, a true and correct copy of Plaintiff Graphic Arts Mutual Insurance Company's First Set of Interrogatories to the Indian River School Board and the Indian River School District were served via hand delivery to:

Warren Pratt, Esquire
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, Delaware 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Anthony G. Flynn (Del. Bar No. 74)
Timothy Jay Houseal (Del. Bar No. 2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6682
Attorneys for Graphic Arts Mutual Insurance Company