UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIAN RIVER SCHOOL DISTRICT, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 06-246-JJF |

## NOTICE OF EXTENSION OF WRITTEN DISCOVERY

Pursuant to the Court's Scheduling Order, all parties hereby give notice to the Court that they have agreed to extend the deadline set forth in paragraph 4.a of the Scheduling Order to exchange and complete interrogatories, identify fact witnesses, and produce documents, by sixty days. *See* Rule 16 Scheduling Order at ¶4.a. The new deadline will be February 19, 2007.

The parties have exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and have exchanged written discovery requests pursuant to Federal Rules of Civil Procedure 33 and 34, but believe that this short extension will facilitate ongoing settlement discussions. The Scheduling Order permits the parties to extend this deadline "so long as the changes do not cause a delay in any pre-trial conference or trial date set by the Court and so long

as the Court does not otherwise order." *See* Rule 16 Scheduling Order at ¶4.g. This extension will not cause a delay with the pre-trial conference and no trial date has yet been set.

Respectfully submitted,

| DRINKER BIDDLE & REATH LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Warren Pratt<br>Warren Pratt (Del. Bar No. 4334)<br>1100 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br><br>Jason P. Gosselin (*pro hac vice*)<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 988-3371<br>Facsimile: (215) 988-2757<br><br>*Attorneys for the Defendants* | /s/ Timothy Jay Houseal<br>Anthony G. Flynn (Del. Bar No. 74)<br>Timothy Jay Houseal (Del. Bar No. 2880)<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6675<br>Facsimile: (302) 571-1253<br><br>Edward J. Grass (*pro hac vice*)<br>Steven W. McNutt (*pro hac vice*)<br>HUNTON & WILLIAMS LLP<br>1751 Pinnacle Drive, Suite 1700<br>McLean, Virginia 22102<br>Telephone: (703) 714-7400<br>Facsimile: (703) 918-4050<br><br>*Attorneys for Graphic Arts Mutual Insurance Company* |

Dated: November 14, 2006

DB02:5609383.1                                                                                                                    065116.1001