UNITED STATES DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

|  |  |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 06-246-JJF ) |
| v. | ) ) |
| INDIAN RIVER SCHOOL DISTRICT, et al. | ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

I certify that on March 5, 2007, my co-counsel Steven W. McNutt, Esquire (admitted *pro hac vice*) caused a true and correct copy of Plaintiff Graphic Arts Mutual Insurance Company's Responses to Defendant Indian River School Board's and Defendant Indian River School District's First Set of Interrogatories and Graphic Arts Mutual Insurance Company's Responses to Defendant Indian River School Board's and Defendant Indian River School District's First Set of Requests for Production of Documents to be served by United States First Class Mail, postage prepaid, on the following:

Jarrod Shaw
Jason P. Gosselin
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103

Warren Pratt
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, Delaware 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy Jay Houseal (Del. Bar No. 2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 571-6682
Facsimile:    (302) 576-3360

Dated: March 6, 2007