IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civ. Action No. 1:06-CV-0246 (JJF) |
| INDIAN RIVER SCHOOL DISTRICT, et al. | : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on March 5, 2007, a true and correct copy of ***Defendants Indian River School Board and Indian River School District's Objections and Responses to Plaintiffs' Interrogatories and Defendants' Answers and Objections to Graphic Arts Mutual Insurance Company's First Set of Document Requests*** were served upon the following in the manner indicated:

***First Class Mail***
Steve W. McNutt
Hunton & Williams
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Dated: March 8, 2007                                   **DRINKER BIDDLE & REATH LLP**

/s/ Warren T. Pratt
Warren T. Pratt (No. 4334)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*
*Indian River School Board, and*
*Indian River School District*

WM\6539\1