## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 06-246-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : |
| Defendants. | : |

## ORDER

At Wilmington this **23rd** day of **April, 2007**,

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Wednesday, May 2, 2007 at 11:00 a.m.** to discuss the mediation scheduled for Thursday, June 7, 2007 at 10:00 a.m. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE