## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GRAPHIC ARTS MUTUAL )
INSURANCE COMPANY, )
           )
    Plaintiff, )
           )
    v. )          Civ. Action No. 1:06-CV-0246 (JJF)
           )
INDIAN RIVER SCHOOL DISTRICT, et al. )
           )
    Defendants. )

## STIPULATED ORDER

And now, on this ___ day of April, 2007, upon consideration of the parties joint request,

it is hereby ORDERED and DECREED as follows:

        (a)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due

from the plaintiff(s) by June 27, 2007; from the defendant(s) by July 11, 2007;

        (b)    All motions to amend the pleadings shall be filed on or before July 30,

2007;

        (c)    Any case dispositive motions, pursuant to the Federal Rules of Civil

Procedure, shall be served and filed with an opening brief on or before August 10, 2007.

Briefing shall be pursuant to D. Del. LR 7.1.2.

*[signature]*