IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 06-246-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : | |
| Defendants. | : | |

**NOTICE OF DEPOSITION OF GRAPHIC ARTS MUTUAL INSURANCE COMPANY**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, attorneys for the Defendants will conduct the oral deposition of Graphic Arts Mutual Insurance Co ("Graphic Arts"), before a Notary Public or some other officer authorized by law to administer oaths at the offices of DRINKER BIDDLE & REATH LLP, 1100 N. Market Street, Suite 1000, Wilmington, Delaware, 19801, and will commence on, **Wednesday**, **June 13, 2007**, at **9:30 a.m.**, continuing from day to day until completed, or at such other time and location as mutually agreed by counsel.

Examination is requested upon the following matters:

(1) Any and all facts relating to Graphic Arts' process and procedures for record keeping and litigation management;

(2) Any and all facts relating to insurance contract CPP 2054275;

(3) Facts relating to the allegation made in ¶ 28 of Graphic Arts' Complaint stating, "the Indian River Defendants have violated material terms and conditions of the Insurance Contract, including by violation their obligation to cooperate with Graphic Arts in relation to confidential settlement negotiations, by preventing Graphic Arts from using its

- 2 -

contractual right to settle in its discretion, by voluntarily assuming additional obligations and incurring expenses without the consent of Graphic Arts that otherwise could and would be avoided, and by failing and refusing to communicate properly with Graphic Arts";

        (4)    Facts relating to the allegation made in ¶ 29 of Graphic Arts' Complaint stating, "[a]s a result of these material breaches of contract, Graphic Arts has no obligation to provide any defense and/or indemnification to the Indian River Defendants, and Graphic Arts is legally entitled to withdraw from any defense, payment, or other obligation with respect to the *Dobrich* lawsuit".

| | |
|---|---|
| Dated: May 30, 2007 | /s/ Jarrod D. Shaw<br>Warren T. Pratt (DE Bar I.D. #4334)<br>Jason P. Gosselin (*pro hac vice*)<br>Jarrod D. Shaw (*pro hac vice*)<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE  19801-1243<br>Telephone: (302) 467-4200<br>Facsimile:  (302) 467-4201<br><br>*Attorneys for the Defendants* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 06-246-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the *Notice of Deposition of Graphic Arts Mutual Insurance Company,* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Anthony G. Glynn
> Timothy Jay Housel
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Dated: May 30, 2007
/s/ Warren Pratt
Warren T. Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*