# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 06-246-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION OF JOHN D. BALAGUER, ESQUIRE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, attorneys for the Defendants will conduct the oral deposition of John D. Balaguer, Esquire. The deposition will take place before a person duly authorized to administer oaths, at the offices of DRINKER BIDDLE & REATH LLP, 1100 N. Market Street, Suite 1000, Wilmington, Delaware, 19801, and will commence on **Monday, June 25, 2007**, at **9:30 a.m.**, continuing from day to day until completed, or at such other time and location as mutually agreed by counsel.

Dated: May 30, 2007

/s/ Jarrod D. Shaw
Warren T. Pratt (DE Bar I.D. #4334)
Jason P. Gosselin (*pro hac vice*)
Jarrod D. Shaw (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*

PHLIT\601385\1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 06-246-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, I electronically filed the *Notice of Deposition of John D. Balaguer*, Esquire with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Anthony G. Glynn
>Timothy Jay Housel
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

Dated: May 30, 2007

/s/ Warren Pratt
Warren T. Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*