IN THE UNITED STATES DISTRICT COURT
IN AND THE FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>INDIAN RIVER SCHOOL DISTRICT, et al. )<br><br>Defendants. ) | Civil Action No. 06-246-JJF |

## NOTICE OF DEPOSITION

TO: Warren Pratt, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that plaintiff Graphic Arts Mutual Insurance Company, through counsel, will take the deposition of defendant Charles M. Bireley pursuant to Rule 30 of the Federal Rules of Civil Procedure on Wednesday, June 27, 2007 at 9:30 p.m. at the offices of YOUNG CONAWAY STARGATT & TAYLOR, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 and shall continue from day to day until completed or at some other place or time as mutually agreed by counsel.

**PLEASE TAKE FURTHER NOTICE** that the deposition of Charles M. Bireley shall be recorded by stenographic means.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Timothy Jay Houseal
Anthony G. Flynn (Del. Bar No. 74)
Timothy Jay Houseal (Del. Bar No. 2880)
The Brandywine Building
1000 West Street, 17th Floor

        Wilmington, DE 19801
        Telephone: (302) 571-6682
        Facsimile: (302) 576-3300
        Attorneys for Graphic Arts Mutual Insurance Company

OF COUNSEL:
Edward J. Grass (*pro hac vice*)
Steven W. McNutt (*pro hac vice*)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
Telephone: (703) 714-7400
Facsimile: (703) 918-4050

DATED: June 7, 2007

DB02:6025987.1          065116.1001

## CERTIFICATE OF SERVICE

I, Timothy Jay Houseal, Esquire, hereby certify that on this 7th day of June, 2007, the foregoing Notice of Deposition of Charles M. Bireley has been electronically filed and served upon the following counsel of record:

>Warren Pratt, Esquire
>Drinker Biddle & Reath LLP
>1100 N. Market Street, Suite 1000
>Wilmington, DE 19801

>/s/ Timothy Jay Houseal
>Timothy Jay Houseal (#2880)