UNITED STATES DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY ) ) ) ) Plaintiff, ) ) v. ) ) INDIAN RIVER SCHOOL DISTRICT, *et al.* ) ) Defendants. ) | Civil Action No. 06-246-JJF |

## STIPULATED ORDER

And now, on this 25 day of June, 2007, upon consideration of the parties joint request, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by July 23, 2007; from the defendant(s) by August 6, 2007;

- All motions to amend the pleadings shall be filed on or before August 24, 2007;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before September 4, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2

*/s/ Joseph J. Farnan*
Judge Joseph J. Farnan, Jr.