UNITED STATES DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | ) )<br>) C. A. No. 06-00246 (JJF)<br>) |
| Plaintiff, | ) ) |
| v. | ) ) |
| INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL S. LEVINE, ESQUIRE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael S. Levine to represent Graphic Arts Mutual Insurance Company in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ signature

Anthony G. Flynn (#74)
Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6682
(302) 576-3300 Facsimile
Attorneys for Plaintiff Graphic Arts Mutual Insurance Company

Dated: July 30, 2007

UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>      Plaintiff,<br><br>      v.<br><br>INDIAN RIVER SCHOOL DISTRICT,<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L.<br>HELMS, M. ELAINE McCABE, LOIS M.<br>HOBBS, and EARL J. SAVAGE.<br><br>      Defendants. | No. 06-00246 (JJF)<br><br>CERTIFICATION BY COUNSEL<br>TO BE ADMITTED PRO HAC VICE |

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office upon the filing of this motion.

Date: July 13, 2007

                                                        Michael S. Levine
                                                        HUNTON & WILLIAMS LLP
                                                        1751 Pinnacle Drive, Suite 1700
                                                        McLean, VA 22102
                                                        (703) 714-7400

UNITED STATES DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-00246 (JJF) |
| Plaintiff, | | |
| v. | | |
| INDIAN RIVER SCHOOL DISTRICT, INDIAN RIVER SCHOOL BOARD, HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, LOIS M. HOBBS, and EARL J. SAVAGE. | | |
| Defendants. | | |

## ORDER

The foregoing Motion for Admission *pro hac vice* of Michael S. Levine, Esquire is hereby granted.

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
Judge Joseph J. Farnan, Jr.

UNITED STATES FEDERAL DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL<br>INSURANCE COMPANY<br><br>      Plaintiff,<br><br>      v.<br><br>INDIAN RIVER SCHOOL DISTRICT,<br>INDIAN RIVER SCHOOL BOARD,<br>HARVEY L. WALLS, MARK A. ISAACS,<br>JOHN M. EVANS, RICHARD H. COHEE,<br>GREGORY A. HASTINGS, NINA LOU<br>BUNTING, CHARLES M. BIRELEY,<br>DONALD G. HATIER, REGINALD L.<br>HELMS, M. ELAINE McCABE, LOIS M.<br>HOBBS, and EARL J. SAVAGE.<br><br>      Defendants. | )<br>)<br>)  C. A. No. 06-00246 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on July 30, 2006, I electronically filed Motion for Admission *pro hac vice* of Michael S. Levine, Esquire, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Warren Pratt, Esquire
    Drinker Biddle & Reath LLP
    1100 N. Market Street
    Suite 1000
    Wilmington, DE 19801-1243

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    Anthony G. Flynn (#74)
                    Timothy Jay Houseal (#2880)
                    Jennifer M. Kinkus (#4289)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, DE 19801

(302) 571-6682
(302) 576-3300 Facsimile
Attorneys for Plaintiff Graphic Arts Mutual Insurance Company

Dated: July 30, 2006