UNITED STATES DISTRICT COURT
IN AND FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) | C. A. No. 06-246-JJF |
| ) ) | |
| v. ) ) ) | |
| INDIAN RIVER SCHOOL DISTRICT, *et al.* ) ) | |
| Defendants. ) | |

**STIPULATED ORDER**

And now, on this 3 day of ~~July~~ August, 2007, upon consideration of the parties' Joint Motion to Extend Deadlines, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by September 23, 2007; from the defendant(s) by October 6, 2007;

- All motions to amend the pleadings shall be filed on or before October 24, 2007;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before November 4, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2;

- The pre-trial conference presently scheduled for October 4, 2007, at 1:00 p.m. is will be ~~hereby~~ rescheduled ~~for~~ at the request of the parties.

_____
Judge Joseph J. Farnan, Jr.

DB02:6133018.1                                                                 065116.1001