IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GRAPHIC ARTS MUTUAL INSURANCE :
COMPANY, :
 :
     Plaintiff, :
 :
  v. : Civil Action No. 06-246-JJF
 :
INDIAN RIVER SCHOOL DISTRICT, :
et al., :
 :
     Defendants. :

### O R D E R

WHEREAS, the Court has entered the parties Stipulation to Extend Deadlines (D.I. 76);

WHEREAS, the amended deadlines conflict with the October 2007 Pretrial Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for October 4, 2007 at 1:00 p.m., is **CANCELLED**.

2) A Pretrial Conference will be held on **Thursday, February 7, 2008 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.

August 14, 2007
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE