IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY ) ) ) ) Plaintiff, ) ) v. ) ) INDIAN RIVER SCHOOL DISTRICT, *et al.* ) ) Defendants. ) ) | Civil Action No. 06-246-JJF |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Graphic Arts Mutual Insurance Company ("Graphic Arts") and Defendants Indian River School District, Indian River School Board, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hatier, Reginald L. Helms, M. Elaine McCabe, Lois M. Hobbs, and Earl J. Savage (collectively "IRSB"), by counsel, move this Court to enter the attached order, pursuant to Paragraph 4(g) of the Rule 16 Scheduling Order.

Graphic Arts filed this action to, *inter alia*, determine its rights and obligations under the insurance contract for the *Dobrich* Action. IRSD filed a counter-claim alleging breaches and anticipatory breaches of the insurance contract. Graphic Arts and IRSD now request, by this Motion, an extension of the currently pending deadlines to resolve settlement discussions in the *Dobrich* Action.

Specifically, the parties request an extension of the deadlines for producing expert reports, amendment of pleadings, dispositive motions, and the pre-trial conference as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by January 25, 2008; from the defendant(s) by February 15, 2008;

- All motions to amend the pleadings shall be filed on or before February 28, 2008;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 30, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2

- A pretrail conference as scheduled by the Court, on or after March 31, 2008.

WHEREFORE, Graphic Arts and IRSB respectfully request that this Court enter the attached Order.

Dated: November 6, 2007

/s/ Warren Pratt
Warren Pratt (Del. Bar No. 4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street , Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Jason P. Gosselin (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103
Telephone: (215) 988-3371
Facsimile: (215) 988-2757

*Attorneys for the Defendants*

Respectfully submitted,

/s/ Anthony G. Flynn
Anthony G. Flynn (Del. Bar No. 74)
Timothy Jay Houseal (Del. Bar No. 2880)
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6675
Facsimile: (302) 571-1253

Edward J. Grass (*pro hac vice*)
Michael Levine (*pro hac vice*)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7400
Facsimile: (703) 918-4050

*Attorneys for Graphic Arts Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GRAPHIC ARTS MUTUAL INSURANCE COMPANY** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**INDIAN RIVER SCHOOL DISTRICT,** *et al.* )<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-246-JJF |

## STIPULATED ORDER

And now, on this ___ day of November, 2007, upon consideration of the parties joint request, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by January 25, 2008; from the defendant(s) by February 15, 2008;

- All motions to amend the pleadings shall be filed on or before February 28, 2008;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 30, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2;

- A pretrail conference as scheduled by the Court, on _____ at _____.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge