IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, *et al.*<br><br>Defendants. | Civil Action No. 06-246-JJF |

## STIPULATED ORDER

And now, on this 7 day of November, 2007, upon consideration of the parties joint request, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by January 25, 2008; from the defendant(s) by February 15, 2008;

- All motions to amend the pleadings shall be filed on or before February 28, 2008;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 30, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2;

- A pretrail conference as scheduled by the Court, on April 3, 2008 at 11:30 a.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge