IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GRAPHIC ARTS MUTUAL INSURANCE COMPANY** | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-246-JJF |
| **INDIAN RIVER SCHOOL DISTRICT,** *et al.* | )<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Graphic Arts Mutual Insurance Company ("Graphic Arts") and Defendants Indian River School District, Indian River School Board, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hatier, Reginald L. Helms, M. Elaine McCabe, Lois M. Hobbs, and Earl J. Savage (collectively "IRSB"), by counsel, move this Court to enter the attached order, pursuant to Paragraph 4(g) of the Rule 16 Scheduling Order.

Graphic Arts filed this action to, *inter alia*, determine its rights and obligations under the insurance contract for the *Dobrich* Action. IRSD filed a counter-claim alleging breaches and anticipatory breaches of the insurance contract. Graphic Arts and IRSD now request, by this Motion, an extension of the currently pending deadlines to resolve settlement discussions in the *Dobrich* Action.

Specifically, the parties request an extension of the deadlines for producing expert reports, amendment of pleadings, dispositive motions, and the pre-trial conference as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by August 22, 2008; from the defendant(s) by September 19, 2008;

- All motions to amend the pleadings shall be filed on or before March 31, 2008;

- All fact discovery must be completed by July 31, 2008 and all expert discovery must be completed by October 17, 2008;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before November 14, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2

- A pretrail conference as scheduled by the Court, on or after November 14, 2008.

*[Remainder of page intentionally left blank]*

WHEREFORE, Graphic Arts and IRSB respectfully request that this Court enter the attached Order.

| | |
|---|---|
| Dated: January 24, 2008 | Respectfully submitted, |
| /s/ Warren Pratt | /s/ Timothy Houseal |
| Warren Pratt (Del. Bar No. 4334) | Timothy Jay Houseal (Del. Bar No. 2880) |
| DRINKER BIDDLE & REATH LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| 1100 N. Market Street, Suite 1000 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| Telephone: (302) 467-4200 | Wilmington, DE 19801 |
| Facsimile: (302) 467-4201 | Telephone: (302) 571-6675 |
| | Facsimile: (302) 571-1253 |
| Jason P. Gosselin (*pro hac vice*) | |
| DRINKER BIDDLE & REATH LLP | Michael S. Levine (*pro hac vice*) |
| One Logan Square | HUNTON & WILLIAMS LLP |
| 18th & Cherry Streets | 1751 Pinnacle Drive, Suite 1700 |
| Philadelphia, Pennsylvania 19103 | McLean, Virginia 22102 |
| Telephone: (215) 988-3371 | Telephone: (703) 714-7400 |
| Facsimile: (215) 988-2757 | Facsimile: (703) 918-4050 |
| *Attorneys for the Defendants* | *Attorneys for Graphic Arts Mutual Insurance Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GRAPHIC ARTS MUTUAL INSURANCE COMPANY** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**INDIAN RIVER SCHOOL DISTRICT,** *et al.* )<br>)<br>Defendants. ) | Civil Action No. 06-246-JJF |

### STIPULATED ORDER

And now, on this ___ day of January, 2008, upon consideration of the parties joint request, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by August 22, 2008; from the defendant(s) by September 19, 2008;

- All motions to amend the pleadings shall be filed on or before March 31, 2008;

- All fact discovery must be completed by July 31, 2008 and all expert discovery must be completed by October 17, 2008;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before November 14, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2

- A pretrail conference as scheduled by the Court, on _____ at _____.


                                                                               _____
                                                                               Judge Joseph J. Farnan, Jr.