## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **Civil Action No. 06-246-JJF** |
| INDIAN RIVER SCHOOL DISTRICT, *et al.* | ) ) ) |
| Defendants. | ) ) |

### STIPULATED ORDER

And now, on this $\mathcal{2}\mathcal{2}$ day of January, 2008, upon consideration of the parties joint request, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by August 22, 2008; from the defendant(s) by September 19, 2008;

- All motions to amend the pleadings shall be filed on or before March 31, 2008;

- All fact discovery must be completed by July 31, 2008 and all expert discovery must be completed by October 17, 2008;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before November 14, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2

- A pretrail conference as scheduled by the Court, on _____ TBD at _____.

Judge Joseph J. Farnan, Jr.