IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY )<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, *et al.*<br><br>Defendants. | Civil Action No. 06-246-JJF |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Graphic Arts Mutual Insurance Company ("Graphic Arts") and Defendants Indian River School District, Indian River School Board, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hatier, Reginald L. Helms, M. Elaine McCabe, Lois M. Hobbs, and Earl J. Savage (collectively "IRSB"), by counsel, move this Court to enter the attached order, pursuant to Paragraph 4(g) of the Rule 16 Scheduling Order.

Graphic Arts filed this action to, *inter alia*, determine its rights and obligations under the insurance contract for the *Dobrich* Action. IRSD filed a counter-claim alleging breaches and anticipatory breaches of the insurance contract. Graphic Arts and IRSD now request, by this Motion, an extension of the currently pending deadlines to allow for meaningful settlement discussions and to allow for additional time to complete discovery.

Specifically, the parties request an extension of the deadlines for fact discovery, producing expert reports, amendment of pleadings, dispositive motions, and the pre-trial conference as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by December 19, 2008; from the defendant(s) by January 16, 2009;

- All motions to amend the pleadings shall be filed on or before August 29, 2008;

- All fact discovery must be completed by November 28, 2008 and all expert discovery must be completed by February 20, 2009;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 13, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2

- A pretrial conference as scheduled by the Court, on or after March 13, 2009.

WHEREFORE, Graphic Arts and IRSB respectfully request that this Court enter the attached Order.


Dated: July 15, 2008                                            Respectfully submitted,

/s/ Warren Pratt                                                /s/ Timothy J. Houseal
Warren Pratt (Del. Bar No. 4334)                                Timothy Jay Houseal (Del. Bar No. 2880)
DRINKER BIDDLE & REATH LLP                                      YOUNG, CONAWAY, STARGATT &
1100 N. Market Street, Suite 1000                               TAYLOR LLP
Wilmington, DE 19801                                            The Brandywine Building
Telephone: (302) 467-4200                                       1000 West Street, 17th Floor
Facsimile:  (302) 467-4201                                      Wilmington, DE 19801
                                                                Telephone: (302) 571-6675
Jason P. Gosselin (*pro hac vice*)                              Facsimile:  (302) 571-1253
Jarrod D. Shaw (*pro hac vice*)
DRINKER BIDDLE & REATH LLP                                      Michael Levine (*pro hac vice*)
One Logan Square                                                HUNTON & WILLIAMS LLP
18th & Cherry Streets                                           1751 Pinnacle Drive, Suite 1700
Philadelphia, Pennsylvania 19103                                McLean, Virginia  22102
Telephone: (215) 988-3371                                       Telephone: (703) 714-7400
Facsimile:  (215) 988-2757                                      Facsimile:  (703) 918-4050

*Attorneys for the Defendants*                                  *Attorneys for Graphic Arts Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GRAPHIC ARTS MUTUAL INSURANCE COMPANY** ) ) ) ) Plaintiff, ) ) v. ) ) **INDIAN RIVER SCHOOL DISTRICT,** *et al.* ) ) Defendants. ) | Civil Action No. 06-246-JJF |

## STIPULATED ORDER

And now, on this ___ day of July, 2008, upon consideration of the parties joint request, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by December 19, 2008; from the defendant(s) by January 16, 2009;

- All motions to amend the pleadings shall be filed on or before August 29, 2008;

- All fact discovery must be completed by November 28, 2008and all expert discovery must be completed by February 20, 2009;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 13, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2

- A pretrial conference as scheduled by the Court, on _____ at _____.

_____
Judge Joseph J. Farnan, Jr.