IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 06-246-JJF |
| v. | )<br>) |
| INDIAN RIVER SCHOOL DISTRICT, *et al.* | )<br>) |
| Defendants. | ) |

## STIPULATED ORDER

And now, on this 2 day of ~~July~~ SEPT., 2008, upon consideration of the parties joint request, it is hereby ORDERED and DECREED as follows:

- Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by December 19, 2008; from the defendant(s) by January 16, 2009;

- All motions to amend the pleadings shall be filed on or before August 29, 2008;

- All fact discovery must be completed by November 28, 2008 and all expert discovery must be completed by February 20, 2009;

- Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 13, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2

- A pretrial conference as scheduled by the Court, on April 9, 2009 at 1:30 p.m.

Judge Joseph J. Farnan, Jr.